■ Dennis Cioffi et al., Respondents, v American Airlines, Inc., et al., Appellants. [818 NYS2d 917]—Appeal from order, Supreme Court, New York County (Emily Jane Goodman, J.), entered January 19, 2006, unanimously discontinued in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Sullivan, Nardelli and Marlow, JJ.